UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Julian Welch,<br><br>                    Plaintiff,<br>v.<br><br>American Adjustment Bureau, Inc.; and<br>DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.:  3:14-cv-00554 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated September 26, 2014

                                                                      Respectfully submitted,

                                                                      PLAINTIFF, Julian Welch

                                                                      /s/ Sergei Lemberg

                                                                      Sergei Lemberg, Esq.
                                                                      LEMBERG LAW, L.L.C.
                                                                      1100 Summer Street, 3rd Floor
                                                                      Stamford, CT 06905
                                                                      Telephone: (203) 653-2250
                                                                      Facsimile:  (203) 653-3424
                                                                      slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

**I hereby certify that on September 26, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By /s/ Sergei Lemberg**

**Sergei Lemberg**